UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2020 FEB -7 AM 10: 25
CLERK J. Hodges

| IN THE MATTER OF THE SEARCH OF:<br>209 Nicklaus Court, Evans, Georgia | Case No.: 1:20-MJ-007<br><br>**Filed Under Seal** |
|---|---|

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 7th day of February 2020.

_____
Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia